**Wadgy CHARIF, Plaintiff–Appellant,**

v.

**FEDERAL BUREAU OF PRISONS (BOP); Federal Correctional Institution; Federal Correctional Institution Petersburg; Harrell Watts; Harley G. Lappin; Joseph Brooks; C. Mendoza; J. Allen; S. Shah; E. Panaguiton; J. Fajardo; E. Sorio; Cathy McCullan; Yolanda Vasquez; Mr. Brodie; Terry D. Wright; Mr. Price, Defendants–Appellees.**

No. 03–6893.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 30, 2003.

Decided Oct. 8, 2003.

Wadgy Charif, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Wadgy Charif appeals the district court's orders dismissing his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), for failure to state a claim. *See* 28 U.S.C. § 1915A(b)(1) (2000). Charif also appeals the court's order denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Charif v. Fed. Bureau of Prisons,* No. CA–03–265–AM (E.D. Va. filed Apr. 7, 2003 & entered Apr. 8, 2003; filed May 12, 2003 & entered May 13, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*